**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

—————————

**No. 24-1006**

—————————

PACITA D. WHATLEY; REVEREND DR. SAMUEL T. WHATLEY; SAMUEL T. WHATLEY, II,

       Plaintiffs - Appellants,

   v.

OAKBROOK HEALTH AND REHABILITATION CENTER,

       Defendant - Appellee.

—————————

Appeal from the United States District Court for the District of South Carolina, at Charleston.  Sherri A. Lydon, District Judge.  (2:23-cv-02274-SAL)

—————————

Submitted:  March 12, 2024               Decided:  March 15, 2024

—————————

Before GREGORY, RICHARDSON, and BENJAMIN, Circuit Judges.

—————————

Affirmed by unpublished per curiam opinion.

—————————

Pacita D. Whatley, Samuel T. Whatley, Samuel T. Whatley, II, Appellants Pro Se.

—————————

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Pacita D. Whatley, Reverend Dr. Samuel T. Whatley, and Samuel T. Whatley II, appeal the district court's order accepting the recommendation of the magistrate judge and dismissing without prejudice* the Whatleys' action alleging violations of the False Claims Act, 31 U.S.C. §§ 3729 to 3733. We have reviewed the record and find no reversible error. Accordingly, we affirm the district court's judgment. *Whatley v. Oakbrook Health & Rehab. Ctr.*, No. 2:23-cv-02274-SAL (D.S.C. Dec. 13, 2023). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

*AFFIRMED*

---

    \* The district court's dismissal without prejudice is a final order because the court dismissed the complaint "without granting leave to amend." *Britt v. DeJoy*, 45 F.4th 790, 791 (4th Cir. 2022) (en banc) (order).